Tuesday, August 11, 2015

REC'D IN COURT OF APPEALS
12th Court of Appeals District
AUG 1 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Deputy Clerk, A. Yount

Thank You for the acknowledgement of communication.

1. The copy of the Order I included in my previous inquiry was printed off a web site and sent to me.
2. The copy of the **MEMORANDUM OPINION** that You sent me on Case#:12-13-00126-CR Trial Court Case#:30979 ,was not the Document requested.
3. You also sent me a copy of the original Order in question. A copy of the Document that I am requesting is pertaining to paragraph 5 of that Order; it reads as follows.

   It is **FINALLY ORDERED** that the **supplemental clerk's record (including any orders and findings)** and the reporter's record of said hearing be filed with the Clerk of this Court on or before **February 3, 2014.**

4. Can You please help me by sending me a copy of this requested Document. Or can You let me know if I am searching for a Document that does not exist.

                    Respectfully yours,
                    Chester Alan Staples

                    Chester Alan Staples

Chester Alan Staples
TDCJ-ID#1853049
ESTELLE UNIT
264 FM 3478
Huntsville, TX. 77320



CAUSE NO. 12-13-00126-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| | | |
|---|---|---|
| CHESTER ALAN STAPLES, APPELLANT | } | APPEALED FROM 3RD DISTRICT COURT |
| V. | } | IN AND FOR |
| THE STATE OF TEXAS, APPELLEE | } | ANDERSON COUNTY, TEXAS |

## ORDER

Appellant is represented by Mr. William M. House, appointed counsel. On December 9, 2013, the time to file appellant's brief expired without a brief or a motion for extension of time. TEX. R. APP. P. 38.6(a). Pursuant to TEX. R. APP. P. 38.8(b), counsel was notified on December 12, 2013, that his brief was past due and was given until December 23, 2013, to file a brief or otherwise explain the delay. No satisfactory response has been received.

Pursuant to TEX. R. APP. P. 38.8(b)(3), it is **ORDERED** that Honorable Pam Fletcher, Judge of the 3rd District Court of Anderson County, Texas, shall immediately conduct a hearing to determine (1) whether the appellant still desires to prosecute his appeal; (2) whether the appellant is indigent and either needs counsel appointed, or appellant's counsel has abandoned the appeal; or (3) if the appellant is not indigent, whether a brief has not been completed because retained counsel has either abandoned the appeal or because appellant has failed to make necessary arrangements for filing a brief; and (4) when appellant's counsel anticipates that the appellant's brief, if a brief is to be filed, will be completed.

It is **FURTHER ORDERED** that the judge shall (1) make appropriate findings as to the above set forth issues and (2) cause a record of the proceedings to be prepared.

It is **ADDITIONALLY ORDERED** that once findings are made as to the above set forth issues, if appellant is indigent, the judge shall (1) take such measures as may be necessary to assure appellant's

effective representation, which may include the appointment of new counsel and (2) make recommendations to this Court regarding a proper filing date for the appellant's brief.

It is **FINALLY ORDERED** that the **supplemental clerk's record (including any orders and findings)** and the reporter's record of said hearing be filed with the Clerk of this Court on or before **February 3, 2014**.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this 3 day of January 2014, A.D.

Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk